FISHER AND FISHER
FILE #51246

IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT
EASTERN DIVISION

| | |
|---|---|
| Chase Manhattan Mortgage Corporation f/k/a Chemical Residential Mortgage Corporation successor by Merger to Margaretten & Company, Inc., <br>    Plaintiff, <br><br> vs. <br><br> Fernando Grillo a/k/a Fernando E. Grillo, <br>    Defendants. | Case No. 02 C 5118 <br> Judge Bucklo |

**DOCKETED**

AUG 0 7 2002

### NOTICE OF MOTION

TO:   - No Parties of Record

On August 9, 2002, at 9:30 a.m. or as soon thereafter as counsel may be heard I shall appear before the Honorable Judge Bucklo, Room 1903 or any other Judge Presiding in her place in the United States Federal Courthouse located at 219 S. Dearborn, Chicago, Illinois, and shall then request the Court to enter an Order for Dismissal.

_____
One of its Attorneys

**FISHER AND FISHER**
Attorneys at Law, P.C.
120 N. LaSalle St., Ste. 2520
Chicago, Illinois 60602
(773) 854-8055

### PROOF OF SERVICE BY MAIL

I, the undersigned, at attorney certify that I served this notice by causing to mail a copy to the above named parties at the addresses listed above by depositing the same in the U.S. mail at 120 N. LaSalle Street, Chicago, IL 60602 at 5:00 p.m. on July 29, 2002.

_____
One of its Attorneys

Fisher and Fisher
File # 51246

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Chase Manhattan Mortgage Corporation f/k/a Chemical Residential Mortgage Corporation successor by Merger to Margaretten & Company, Inc., <br>     Plaintiff, <br><br> vs. <br><br> Fernando Grillo a/k/a Fernando E. Grillo, Lola Grillo a/k/a Lola M. Grillo, <br>     Defendants. | No. 02 C 5118 <br> Judge Bucklo |

DOCKETED
AUG 0 7 2002

## MOTION TO DISMISS

NOW COMES THE PLAINTIFF, Chase Manhattan Mortgage Corporation f/k/a Chemical Residential Mortgage Corporation successor by Merger to Margaretten & Company, Inc., by and through its attorneys, Fisher and Fisher, Attorneys at Law, P.C. and in support of its Motion to Dismiss this action, states the following:

1. This lawsuit was filed on July 19, 2002.

2. Defendants have since paid off their loan.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court dismiss this matter.

Respectfully submitted,

Chase Manhattan Mortgage Corporation
f/k/a Chemical Residential Mortgage
Corporation successor by Merger to
Margaretten & Company, Inc.

By: _____
One of its attorneys

FISHER AND FISHER
ATTORNEYS AT LAW, P.C.
120 North LaSalle Street
Suite 2520
Chicago, IL 60602
(773)854-8055